DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Blackwell<br><br>Case below:<br>166 N.C. App. 280 | No. 490PA04 | 1. AG's Motion for Temporary Stay (COA03-793) | 1. Allowed<br>**09/23/04** |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Allowed<br>(12/02/04) |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. Allowed<br>(12/02/04) |
| | | 4. Def's Motion to Dismiss PDR, Petition for Writ of Supersedeas and Motion for Temporary Stay | 4. Denied<br>(12/02/04) |
| | | 5. Def's NOA Based Upon a Constitutional Question | 5. --- |
| | | 6. Def's PDR Under N.C.G.S. § 7A-31 | 6. Denied<br>(12/02/04) |
| | | 7. AG's Motion to Dismiss Appeal | 7. Allowed<br>(12/02/04) |
| State v. Blakeney<br><br>Case below:<br>Union County<br>Superior Court | No. 203A98-2 | 1. Def's PWC to Review Order of the Superior Court (Union County) | 1. Denied<br>(12/02/04) |
| | | 2. Def's Motion to Supplement Petition for Writ of Certiorari | 2. Allowed<br>(12/02/04) |
| | | 3. Def's Motion to Stay Proceedings Regarding PWC Until U.S. Supreme Court Issues a Decision in *Rompilla* | 3. Denied<br>(12/02/04) |
| State v. Braxton<br><br>Case below:<br>166 N.C. App. 515 | No. 552P04 | 1. Def Foreman's PDR Under N.C.G.S. § 7A-31 (COA03-1010) | 1. Denied<br>(12/02/04) |
| | | 2. Def Braxton's NOA Pursuant to N.C.G.S. § 7A-30 | 2. --- |
| | | 3. AG's Motion to Dismiss Appeal | 3. Allowed<br>(12/02/04) |
| State v. Buckman<br><br>Case below:<br>165 N.C. App. 706 | No. 472P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-859) | Denied<br>(12/02/04) |
| State v. Clark<br><br>165 N.C. App. 279 | No. 383P04-2 | Def's NOA (COA03-652) | Dismissed *ex mero motu*<br>(12/02/04) |
| State v. Davis<br><br>Case below:<br>165 N.C. App. 905 | No. 492P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-910) | Denied<br>(12/02/04) |